COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-097-CV

IN RE MID-CENTURY INSURANCE RELATORS

COMPANY OF TEXAS AND FARMERS

INSURANCE EXCHANGE

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus.  The court is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: CAYCE, C.J.; DAUPHINOT and MCCOY, JJ.

DELIVERED: March 15, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.